# VERIFIED RETURN OF SERVICE

Job # MIA28092

**Client Info:**

The Law Offices of Jibrael S. Hindi, PLLC
1515 NE 26th Street
Wilton Manors, FL 33305

**Case Info:**

**PLAINTIFF:**
BRANDON MORALES
-versus-
**DEFENDANT:**
TAX RISE INC

UNITED STATES DISTRICT COURT
Court Case # **2:25-cv-08719-MWF-MAA**

**Service Info:**

**Received by James Stoner: on December, 17th 2025** at **09:47 AM**
**Service:** I Served **TAX RISE INC. C/O MICHAEL AZARA**
With: **SUMMONS, AMENDED COMPLAINT, CIP**
by leaving with **Carolyn Mullofen, OFFICE MANAGER**

**At Business 620 NEWPORT CENTER DR STE 1100 NEWPORT BEACH, CA 92660**
On **12/19/2025** at **11:29 AM**
**Manner of Service:** USDC SUMMONS
Service has been completed pursuant to Federal Rule of Civil Procedure (4) CCP Section 415.20

**Served Description: (Approx)**

Age: **48**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 6"**, Weight: **118**, Hair: **Blonde** Glasses: **No**

I **James Stoner** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:______________________

**James Stoner**
Lic # **6282**
**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 228-4029

Our Job # **MIA28092** Client Ref # **Brandon Morales v. Tax Rise**